

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### 219 SOUTH DEARBORN STREET
### CHICAGO, ILLINOIS 60604

# REGISTRY DEPOSIT INFORMATION FORM

Instructions: Complete this form and e-file it as an exhibit to your motion for leave to deposit money in the court.

1. **Case Number:** 25-cv-14788

2. **Case Title:** Sony Interactive Entertainment LLC v. The Partnerships and Unincorporated Associations Identified on Schedule "A"

3. **Judge:** Elaine E. Bucklo

4. **Moving Party:** Sony Interactive Entertainment LLC

5. **Amount of Deposit:** $10,000

6. **Are the funds being deposited as interpleader funds pursuant to 28 U.S.C. § 1335?** Yes ☐  No ☑
   *(Funds deposited as interpleader funds pursuant to 28 U.S.C. § 1335 are subject to mandatory management fees and mandatory tax withholdings. Failure to properly identify interpleader funds prior to depositing them with the Clerk's Office will result in delayed disbursement.)*

I declare under penalty of perjury that the above information is true and correct. Under 28 U.S.C. § 1335, this statement under perjury has the same force and effect as a sworn statement made under oath.

/s/ Rachel S. Miller                    12/12/2025
Attorney or Litigant                    Date

Rev. 0330017