# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

SONY INTERACTIVE ENTERTAINMENT LLC,

    Plaintiff,

v.

HANYI0080, et al.,

    Defendants.

Case No. 25-cv-14788

**Judge Elaine E. Bucklo**

**Magistrate Judge Jeannice W. Appenteng**

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Sony Interactive Entertainment LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Jason's Wall Decor Shop | 5 |
| JISHIUS | 6 |
| MJKTF | 9 |
| Ornament Pet's | 11 |
| SQiLyyJYmy | 16 |
| Yakio | 24 |
| ZJK-US9D9 | 26 |
| Mechserves | 31 |
| Mzcogo | 33 |
| mziauto | 34 |
| qianyike | 44 |
| Rapidi | 48 |
| SailingCity | 50 |
| Techouse | 52 |
| UZstorage | 57 |
| yx-Ancient | 67 |
| zstore1998 | 74 |
| WeiLi | 86 |

Dated this 15th day of January 2026.

Respectfully submitted,

/s/ Justin R. Gaudio
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*