IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HANYI0080, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-14788<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Jeannice W. Appenteng** |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Sony Interactive Entertainment LLC ("Plaintiff") hereby dismisses this action as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| MaSiledy | 8 |
| OCity | 10 |
| S H Yuke | 14 |
| Tekmihat | 17 |
| XKQwalmon | 22 |
| Madhiroshima | 27 |
| Madtokyo | 28 |
| mansue_archer | 29 |
| NINE888 | 36 |
| NINEVALLY007 | 37 |
| Oneworld-p US | 40 |
| OW-G Store | 41 |
| topsom00i | 55 |
| xiang00i | 62 |
| YCK025 | 64 |
| THM Supply chain | 75 |
| weichuangyungou | 85 |
| wuhai | 87 |

| | |
|---|---|
| Dated this 22nd day of January 2026. | Respectfully submitted, |
| | /s/ Justin R. Gaudio |
| | Amy C. Ziegler |
| | Justin R. Gaudio |
| | Rachel S. Miller |
| | Lucas A. Peterson |
| | Greer, Burns & Crain, Ltd. |
| | 200 West Madison Street, Suite 2100 |
| | Chicago, Illinois 60606 |
| | 312.360.0080 |
| | 312.360.9315 (facsimile) |
| | aziegler@gbc.law |
| | jgaudio@gbc.law |
| | rmiller@gbc.law |
| | lpeterson@gbc.law |
| | |
| | *Counsel for Plaintiff* |
| | *Sony Interactive Entertainment LLC* |