IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SONY INTERACTIVE ENTERTAINMENT LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HANYI0080, et al.<br><br>　　　　Defendants. | Case No. 25-cv-14788<br><br>**Judge Elaine E. Bucklo**<br><br>**Magistrate Judge Jeannice W. Appenteng** |

### PLAINTIFF'S MOTION TO STRIKE DEFENDANT JONELLC'S ANSWER [48]

Plaintiff Sony Interactive Entertainment LLC ("Plaintiff" or "SIE") hereby moves this Honorable Court to strike Defendant JoneLLC's ("Defendant") Answer [48] (the "Answer").

Defendant was served on January 5, 2026, making its initial response deadline January 26, 2026. *See* [40]. No responsive pleading was filed by Defendant by January 26, 2026. Defendant's Answer [48], filed on January 27, 2026, is not timely and should be stricken. Defendant did not seek leave of Court before filing its untimely Answer. Fed. R. Civ. P. 6(b)(1)(B) (Court may extend time for good cause on a motion made after the time has expired, if the party has failed to act because of excusable delay); *Bd. of Trs. of the Pipe Fitters' Ret. Fund, Local 597 v. Commer. Cooling & Heating, Inc.*, No. 13 C 7731, 2019 U.S. Dist. LEXIS 88407, at *3 (N.D. Ill. May 28, 2019) ("No Motion was made for leave to file the out of time Answer, and it was filed without leave of court. Often, late, unauthorized filings like this will not be considered.") *see also Calvin Klein Trademark Trust, et al. v. The Partnerships, et al.*, No. 15-cv-2224 (N.D. Ill. Apr. 28, 2015) (Docket Entry No. 42) (striking late-filed answer and directing defendant to seek leave of Court). Further, Defendant has not shown any good cause for its delay in filing its Answer. Plaintiff and

Defendant have been engaged in settlement negotiations since January 5, 2026. However, Plaintiff has not received any communication from Defendant's counsel since January 19, 2026, and Defendant has not requested an extension of time from Plaintiff or with the Court.

For the foregoing reasons, Plaintiff requests the Court to strike Defendant's Answer [48].

Dated this 28th day of January 2026.   Respectfully submitted,

/s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 28th day of January 2026, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website, and I will send an e-mail to the e-mail addresses identified in **Exhibit A** hereto that includes a link to said website.

      /s/ Rachel S. Miller
Amy C. Ziegler
Justin R. Gaudio
Rachel S. Miller
Lucas A. Peterson
Greer, Burns & Crain, Ltd.
200 West Madison Street, Suite 2100
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
aziegler@gbc.law
jgaudio@gbc.law
rmiller@gbc.law
lpeterson@gbc.law

*Counsel for Plaintiff*
*Sony Interactive Entertainment LLC*